BOATMEN'S BANK OF ST. LOUIS, Respondent, v. THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, Impleaded with Others.

— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DOUBLEDAY, PAGE & COMPANY, Respondent, v. THE VITAGRAPH COMPANY OF AMERICA, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.